IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                          No. CIV S-09-1733 JAM DAD

    vs.

MARIE UONG, et al.,

    Defendants.                    <u>ORDER</u>

_____/

        On January 20, 2010, plaintiff filed a notice of settlement in which he indicated that dispositional documents would be filed within twenty calendar days. Pursuant to the notice, plaintiff's pending motion for default judgment was dropped from the court's calendar. More than twenty days have passed and dispositional documents have not been filed.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days plaintiff shall withdraw his motion or re-notice it for hearing, unless prior to that time the case is closed.

DATED: February 19, 2010.

*[Signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\johnson1773.mdj.ord